1  Aram Ordubegian (SBN 185142)
   Andy S. Kong (SBN 243933)
2  **ARENT FOX LLP**
   555 West Fifth Street, 48th Floor
3  Los Angeles, CA  90013-1065
   Telephone:    213.629.7400
4  Facsimile:    213.629.7401
   aram.ordubegian@arentfox.com
5  andy.kong@arentfox.com

6  Attorneys for Chapter 7 Trustee,
   Edward M. Wolkowitz
7

8              **UNITED STATES BANKRUPTCY COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
                   **LOS ANGELES DIVISION**
10

11  In re:                              Case No. 2:15-bk-16749-SK

12  **SABOA ENTERTAINMENT, LP,**        Chapter 7

13                        Debtor.       **DECLARATION OF EDWARD M.
                                        WOLKOWITZ RE AUCTION REPORT
14                                      IN COMPLIANCE WITH THE OFFICE
                                        OF THE UNITED STATES TRUSTEE'S
15                                      REVISED SUPERVISORY
                                        INSTRUCTION #10**
16

17

18

19

20

21

22

23            **DECLARATION OF EDWARD M. WOLKOWITZ**

24       I, Edward M. Wolkowitz, declare that:

25       1.      I am the duly appointed and acting Chapter 7 Trustee (the "Trustee") for the

26  above-captioned bankruptcy estate of Saboa Entertainment, LP.   I have personal

27  knowledge of the facts described herein and if called as a witness, I could and would

28  testify competently thereto.

1     2.     I am familiar with *Revised Supervisory Instruction #10* ("Instruction #10")

2  promulgated by the Office of the United States Trustee and make this declaration in order

3  to comply with Instruction #10.

4     3.     Attached hereto as **Exhibit 1** is a true and correct copy of the auctioneer's

5  report (the "Auction Report") provided to me by Tiger Remarketing Services and Tranzon

6  Asset Strategies (collectively the "Auctioneer") in connection with the sale of

7  substantially all of the above-captioned debtor's assets that was approved by this Court by

8  a sale order entered February 11, 2016.[1]

9     4.     I have compared the Auction Report to the list of items/lots sold and find the

10  Auction Report satisfactory. The Auctioneer timely turned over the gross funds received

11  as a result of the sale of the above-captioned estate to me as Trustee. As set forth in the

12  Auction Report, the Auctioneer received $449,884.00 from escrow at closing consistent

13  with the terms previously approved by this Court. Furthermore, I will pay the Auctioneer

14  an additional $41,122.42 within 7 days of the filing of this declaration representing actual

15  and necessary sale and property management expenses incurred by the Auctioneer and

16  reimbursable from the above-captioned estate pursuant to the terms of the Auctioneer's

17  employment application [Doc. No. 85] and order approving such application [Doc. No.

18  94]. These expenses are described in greater detail in the attached Auction Report.

19     I declare under penalty of perjury under the laws of the United States of America

20  that the foregoing is true and correct.

21     Executed on March 4, 2016, at Los Angeles, California.

22

23                           Edward M. Wolkowitz

24

25

26

27

---

[1] The sale closed on or about February 19, 2016.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/12815795.1

# EXHIBIT 1



Settlement Package

Saboa Entertainment

January 28, 2016

# TIGER

**Settlement Statement**

| | Price | Buyer's Premium | | |
|---|---|---|---|---|
| **Gross Recovery** | | | | 6,230,000.00 |
| Personal Property Allocation | 300,000.00 | 45,000.00 | 345,000.00 | |
| Real Property Allocation | 5,350,000.00 | 535,000.00 | 5,885,000.00 | |
| **Buyer's Premium to Tiger/Tranzon After 3% Rebate** | | | | (419,500.00) |
| **Sale Expenses** | | | | (27,469.57) |
| **Property Management Expenses** | | | | (13,652.85) |
| **Supplemental Expenses (Utility Cost)** | | | | (30,384.00) |
| **Net to Estate\*** | | | | 5,738,993.58 |
| **Due to Tiger/Tranzon** | | | | **$491,006.42** |
| Sale Expenses | | 27,469.57 | | |
| Property management Expenses | | 13,652.85 | | |
| Supplemental Expenses (Utility Cost) | | 30,384.00 | | |
| Real Property Buyer's Premium After 3% Rebate | | 374,500.00 | | |
| Personal Property Buyer's Premium | | 45,000.00 | | |
| **Paid to Tiger/Tranzon thru Escrow** | | | | (449,884.00) |
| Tiger | | (240,134.00) | | |
| Tranzon | | (209,750.00) | | |
| **Final Due Tiger/Tranzon** | | | | **$41,122.42** |
| Tiger | | 20,706.20 | | |
| Tranzon | | 20,416.22 | | |

I hereby accept the settlement above as complete and accurate based on the Auction Agreement with Tiger Remarketing Services, and authorize
distribution of the expenses and buyers premium to:

PAYEE:

Tiger Remarketing Services

_____

\* Not Including Escrow Fees, Closing Costs and Water/Power Billed Seperately

Tiger Remarketing Services

Confidential

4

# TIG**E**R

**Sale Expense
Summary**

| | | |
|---|---:|---:|
| **Labor** | | (4,700.00) |
| Setup | 1,700.00 | |
| Inspection | 2,750.00 | |
| Auction Day | 250.00 | |
| | | |
| **Marketing** | | (21,806.97) |
| Tiger's In-house Email Blasts | 200.00 | |
| Press Release | 1,190.75 | |
| Tranzon Marketing Campaign | 20,416.22 | |
| | | |
| **Travel Expenses** | | (826.10) |
| Wayne Hecht - Site Visit & Marketing Writeup | 826.10 | |
| | | |
| **Other Expenses** | | (36.50) |
| FedEx | 31.51 | |
| Supplies & Misc. | 4.99 | |
| | | |
| **Gene Shiveley - to pickup Mystika Video Editing System** | 100.00 | (100.00) |
| | | |
| **Total Sale Expenses** | | **(27,469.57)** |



**Property Management
Expense Summary**

| | |
|---|---|
| Labor | 8,450.00 |
| LockSmith | 2,836.85 |
| Terminix | 1,256.00 |
| Roofing | 1,110.00 |

**Total Property Management** **(13,652.85)**



**Supplemental
Property Management
Expense Summary**

---

**Water & Power**
| | |
|---|---|
| Past Due Bills | 29,937.67 |
| January Bill | 446.33 |

**Total Water & Power** **(30,384.00)**

## AUCTION MARKETING EXPENSES
### Saboa - Burbank

**NEWSPAPER ADVERTISING**

| Publication | Total Amount |
|---|---|
| Los Angeles Times | |
|    - Display - Sunday Business - 1/10 - 2x2 | $840.00 |
|    - Display - Sunday Business - 1/17 - 2x3.5 | $1,440.00 |
|    - Classified - 3 Weekends | $1,988.26 |
| Hollywood Reporter | |
|    - 1/4 Page Ad - 1 Insertion | $1,100.00 |
|    - Banner Ad - 10,000 Impressions | $1,000.00 |
| Variety | |
|    - Marketplace - 1/19 | $1,000.00 |
|    - Sponsored Online Real Estate | $1,000.00 |
| Wall St. Journal | |
|    - Display, Business Real Estate - 1/13 and 1/20 - 2x3 | $2,607.84 |
| Recording Magazine | $1,200.00 |
| Billboard Magazine | $4,500.00 |
| | |
| **Total Newspaper** | **($16,676.10)** |

**OTHER MARKETING AND SALE EXPENSES**

| | |
|---|---|
| Email Marketing | |
|    - Email Blasts to Tranzon Database | $199.32 |
|    - PropertyLine, Property Blast, Property Send Emails | $118.00 |
| Signage | $297.07 |
| LoopNet Premium Listing | $402.00 |
| Print Materials - Property Brochure and Information Packages | $228.73 |
| LoopNet LoopNews - 1/14 | $1,595.00 |
| Plumbing Boys | $250.00 |
| Administrative Expenses - Postage, FedEx, Ad Production | $650.00 |
| | |
| **Total Other Marketing and Expenses** | **($3,740.12)** |

## TOTAL TRANZON MARKETING EXPENSES        ($20,416.22)



Page 1

# TIGER

**Crew Timesheet**

| Name | Role | Perdiem | Days | Rate | Total |
|------|------|---------|------|------|-------|
| **Sale - Setup** | | | | | |
| Mlad Zarandi | Site Manager | | 4 | $425.00 | $1,700.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | **Total** | **$1,700.00** |
| **Sale - Inspection** | | | | | |
| Jon Ueberroth | Site Manager - 9.9, 9.25, 9.30, 10.13, 10.29, 11.4, 12.21, 1.13, 1.14, 1.20, 1.26 | | 11 | $250.00 | $2,750.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | **Total** | **$2,750.00** |
| **Sale - Auction Day** | | | | | |
| Jon Ueberroth | Site Manager - 1.28 | | 1 | $250.00 | $250.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | **Total** | **$250.00** |
| **Building Maintenance** | | | | | |
| Robert Smith | Site Manager - 5.21, 5.22, 5.29, 5.30, 6.1 | | 5 | $250.00 | $1,250.00 |
| Jon Ueberroth | Site Manager - 8.11, 8.18-8.20, 8.24, 9.2, 9.3, 9.15, 9.23, 10.17, 10.21, 12.23, 12.28, 12.30, 1.5, 1.7, 1.8, 1.9, 1.11-1.12, 1.15, 1.18, 1.19, 1.21, 1.23, 1.25 | | 26 | $250.00 | $6,500.00 |
| Chris Norte | Support Staff - 8.24 | | 1 | $200.00 | $200.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | **Total** | **$7,950.00** |
| **Building Maintenance - Since January 28** | | | | | |
| Jon Ueberroth | Site Manager - Total of 3 Half Days - 2.2, 2.6, 2.9 | | 1.5 | $250.00 | $375.00 |
| Jon Ueberroth | Site Manager - 1 Half Day to Hand Over Property Keys (Date TBD) | | 0.5 | $250.00 | $125.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | **Total** | **$500.00** |

| | |
|---|---|
| Sale Labor | $4,700.00 |
| Property Management Labor | $8,450.00 |
| **Total Labor** | **$13,150.00** |

9

**AM-PM.LOCKSMITH**
**ASAP.LOCKSMIT.INC**
**www.AMPMLOCKSMITHS.net**
154186
☎ (866)893-2676
LIC-4871  323-242 6466

| CUSTOMER'S ORDER NO. | DATE |
|---|---|
| 310-229-2185 | 10/2/15 |

NAME

ADDRESS  HH03 W Magnolia Blvd

CITY, STATE, ZIP  Burbank ca

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | night Service call | 85 | 2 |
| 2 | 5 Rekeying | 49 | 245 |
| 3 | 1 panic bar Rekeying | 119 | |
| 4 | N Keys | 5 | 20 |
| 5 | | | |
| 6 | Total - $469.00 | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | 1940 N HIGHLAND AVE STE-3 | | |
| 11 | LOS ANGELES | | |
| 12 | CA 90068 (866)893-2676 | | |
| | 323-242-6466 | | |

RECEIVED BY

A-4705
T-46528

**KEEP THIS SLIP FOR REFERENCE**  01-11

Scanned by CamScanner

10



AM-PM.LOCKSMITH
ASAP.LOCKSMIT.INC **154161**
www.AMPMLOCKSMITHS.net
☎ (~~800~~) ~~XXX~~ - ~~XXXX~~ 323-747 6466
LIC-4871

| CUSTOMER'S ORDER NO. 310 779 2285 | DATE 8/11/15 |
|---|---|

NAME Jon Ueberroth (For Tiger)

ADDRESS 4403 W Magnolia Blvd

CITY, STATE, ZIP Burbank Ca 91504

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| | QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | Service call | 69.00 | |
| 2 | 3 | Keys Copys | 5 | 15 |
| 3 | 2 | New mortis Locks | 89 | 178 |
| 4 | 1 | New Lever handals | 124 | |
| 5 | 4 | Rekeying | 43 | 172 |
| 6 | 1 | New Deadbolt | 87 | |
| 7 | | Tax | 54 | |
| 8 | | | | |
| 9 | | Total | $ 699.00 | |
| 10 | | | | |
| 11 | | ~signature~ | | |
| 12 | | (For Tiger) | | |

RECEIVED BY



AM-PM.LOCKSMITH
ASAP.LOCKSMIT.INC    154222
www.AMPMLOCKSMITHS.net
☎ (966)991-2676
LIC-4871

RECEIVED

| CUSTOMER'S ORDER NO. | | DATE 5/26/15 |
|---|---|---|

**NAME** Milad Tiger

**ADDRESS** 4403 W magnolia Blvd

**CITY, STATE, ZIP** Burbank, ca

TCG

Saboa prospect

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | | Service call | 69 | |
| 2 | 1 | Install new Door plot | 29 | |
| 3 | 1 | Install new Door bolt | 29 | |
| 4 | | Labor | 37 | |
| 5 | | Tax | 5 | |
| 6 | | Total  $169.00 | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | 1940 N HIGHLAND AVE STE-3 | | |
| 10 | | LOS ANGELES CA-90068 | | |
| 11 | | (866)991-2676 | | |
| 12 | | 323-747-6466 | | |
| | | | | |

**RECEIVED BY**

A-4705
T-46528

**KEEP THIS SLIP FOR REFERENCE**

01-11

Scanned by CamScanner

AM-PM LOCKSMITH
ASAP.LOCKSMIT.INC      154149
www.AMPMLOCKSMITHS.net
☎ (888)891-2076  323-747-6466
LIC-4871

| CUSTOMER'S ORDER NO. | | | | | DATE | |
|---|---|---|---|---|---|---|
| Haspn 805 497 4999 | | | | | 5/20/15 | |

NAME: *Tiger Remarketing Services*

ADDRESS: 4403 W magnolia blvd

CITY, STATE, ZIP: Burbank, CA

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 |  | Service call | 69 |  |
| 2 | 3 | New Deadbolt locks | 89 | 267 |
| 3 | 2 | New mortis Locks 1st | 104 | 208 |
| 4 | 1 | New panic bar lock | 134 |  |
| 5 | 6 | Rekeying | 34.00 | 20? |
| 6 | 9 | Keys | 4.50 | 40.5 |
| 7 |  | Tax | 85.65 |  |
| 8 |  | Labor | 269 |  |
| 9 |  |  |  |  |
| 10 |  | Total $ 1280.15 |  |  |
| 11 |  |  |  |  |
| 12 |  |  |  |  |

RECEIVED BY

A-4705
T-46528

**KEEP THIS SLIP FOR REFERENCE**      01-11

Prospect Deal - TCG

Scanned by CamScanner

# TERMINIX PEST CONTROL SERVICE PROPOSAL

## Why You Should Choose Terminix

Your problem will be solved by a trained professional, backed by the resources of the most respected technical team in the industry. We proudly protect more businesses than any other pest management provider, and we've done so since 1927. We would love to protect you, too. **Our business is protecting yours. Call us 24/7 at 1-866-319-5967.**

## Address Information

**Service Location**

4403 W MAGNOLIA BOULEVARD
BURBANK, CA 91505
USA

**Bill To**

340 N. Westlake Blvd., Suite 260
Westlake Village, CA 91362

## Terminix Commercial Pest Control Service

| | |
|---|---|
| Scope of Work | Rodent mass-trapping in the attic, and kitchens. Tech to vacuum visible rodent droppings. Install 2 rodent bait stations on the exterior of the building. Mass-trapping to take effect 3 times a week, until end-of-month February. Apply a perimeter treatment, including treating kitchens, and common areas. |
| Target Pest(s) | Rats |
| Standard Covered Pests* | Includes: cockroaches, non-poisonous spiders, mice, rats, silverfish, "house" ants*, centipedes, millipedes, earwigs, house crickets and paper wasps. |

*Premium Pests Coverage:
Carpenter, Fire, Crazy and Pharaoh Ants, Bed Bugs, Brown Recluse or Black Widow Spiders, Flies, Honey Bees and Stored Product Pests, are not covered unless specifically identified as the Target Pest. Subject to additional charges.

Terminix will provide a proposal for additional services to treat non-covered pests upon their identification by our Service Professional.

## Detail of Charges

| Service Location | Street Address | Line Item Description | Quantity | Sales Price | Total Price |
|---|---|---|---|---|---|
| TIGER | 4403 W MAGNOLIA BOULEVARD | Aegis RP Anchor Bait Sta - Aegis RP Anchor Bait Sta | 2.00 | $28.00 | $56.00 |
| TIGER | 4403 W MAGNOLIA BOULEVARD | One Time Charge | 1.00 | $1,200.00 | $1,200.00 |

| | |
|---|---|
| Subtotal | $1,256.00 |
| Tax | $0.00 |

-----------------------------------------------------

| | |
|---|---|
| Grand Total | $1,256.00 |



**Jon's Handyman Service**
*"No job too small"* Voicemail (323) 327-5842

Invoice No. 5018

**INVOICE**

| Customer | | | | Misc | |
|---|---|---|---|---|---|
| Name | Tiger Remarketing | | | Date | 1-13-16 |
| Address | | | | Order No. | |
| City | | State | ZIP | Rep | |
| Phone | | | | Misc. | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Roof Sealing | 575 | 575 00 |
| 1 | Tree's Trimmed of Building inside and on the Street | 385 | 385 00 |
| 1 | Gutters Cleaned | 150 | 150 00 |
| | All debris hauled away | | |

| | | |
|---|---|---|
| | SubTotal | 1110.00 |
| | Shipping | |
| Tax Rate(s) | | 99.90 |
| **TOTAL** | | 1209.90 |

| Payment | Select One... |
|---|---|
| Comments | |
| Name | |
| CC # | |
| Expires | |

Office Use Only

*Thank You!*

 

# City of Burbank

164 W. Magnolia Blvd.
Burbank, CA 91502

## Burbank Water and Power

### Municipal Services Bill

**Bill Due: 01/04/16**

| | |
|---|---|
| Previous Amount Due: | $25,448.58 |
| Past Due Balance: | $25,448.58 **DUE IMMEDIATELY** |
| Current Charges: | $4,920.36 |
| Other Fees and Adjustments: | $411.73 |
| **Total Amount Due:** | **$30,780.67** |

*$29,937.67*

*A 1.5% fee will apply if payment is received after due date*

XI15121

006958 000000270

SABOA ENTERTAINMENT LLC
4403 W MAGNOLIA BLVD
BURBANK CA 91505-2730

23

---

**4403 W MAGNOLIA BLVD**     Page 1 of 2   Bill Detail     **Account #1361182391**

| Service | Meter Number | Service Period | Days of Service | On-Peak | Mid-Peak | Off-Peak | Total |
|---|---|---|---|---|---|---|---|
| Electric kVA | 45-0146 | 11/10/15 - 12/11/15 | 31 | | | | 31.32 |
| Electric kWh | 45-0146 | 11/10/15 - 12/11/15 | 31 | 2019 | 5284 | 6592 | 13895 |
| Electric kVA | 9-0650 | 11/10/15 - 12/11/15 | 31 | | | | 22.144 |
| Electric kWh | 9-0650 | 11/10/15 - 12/11/15 | 31 | 1530 | 5521 | 8351 | 15402 |

| Service | Meter Number | Service Period | Days of Service | Current Read | Previous Read | Read Difference | Multiplier | Total |
|---|---|---|---|---|---|---|---|---|
| Water | 52934 | 11/11/15 - 12/11/15 | 30 | 1746.8 | 1740.4 | 6.4 | | 6.4 |



**Electric**
818-238-3700

| Meter 45-0146 History | |
|---|---|
| **This Year** | 31.320 kVA |
| | 2,019 kWh On-Peak |
| | 5,008 kWh Mid-Peak |
| | 6,265 kWh Off-Peak |
| | 276 kWh Mid-Peak |
| | 327 kWh Off-Peak |

| | |
|---|---|
| On-Peak - 2,019 kWh @ $0.2101 | 424.19 |
| Mid-Peak - 5,008 kWh @ $0.1313 | 657.55 |
| Off-Peak - 6,265 kWh @ $0.1051 | 658.45 |
| Mid-Peak - 276 kWh @ $0.1313 | 36.24 |
| Off-Peak - 327 kWh @ $0.1051 | 34.37 |
| Demand Charge - 31.32 kVA @ $10.73 | 336.06 |
| Service Charge | 17.39 |
| Public Benefits Charge | 61.68 |
| Street Lighting Surcharge | 32.46 |
| State Energy Surcharge | 4.03 |
| Utility Users Tax | 158.09 |
| **Electric Service Total** | **$2,420.51** |

---

Please detach and return this portion with your payment. Do not send cash. Make checks payable to: BURBANK WATER AND POWER

## Burbank Water and Power
P.O. Box 631, Burbank, CA 91503-0631

SABOA ENTERTAINMENT LLC
4403 W MAGNOLIA BLVD
BURBANK CA 91505-2730

| Past Due Balance $25,448.58 **DUE IMMEDIATELY** | Current Charges DUE JAN 04, 2016 | **TOTAL AMOUNT DUE $30,780.67** |
|---|---|---|

*A 1.5% fee will apply if payment is received after due date*

**Amount Paid if Different:** $

**Account Number:** 1361182391

**Service Address:** 4403 W MAGNOLIA BLVD

1361182391 0003078067 2



# City of Burbank

164 W. Magnolia Blvd.
Burbank, CA  91502



**Burbank Water and Power**

## Municipal Services Bill

**Bill Due: 02/04/16**

| | |
|---|---|
| Previous Amount Due: | $30,780.67 |
| Payments Received: | $29,937.67 **THANK YOU!** |
| Past Due Balance: | $843.00 **DUE IMMEDIATELY** |
| Current Charges: | $356.33 |
| Other Fees and Adjustments: | $-753.00 |
| **Total Amount Due:** | **$446.33** |

003529  000000044

SABOA ENTERTAINMENT LLC
4403 W MAGNOLIA BLVD
BURBANK CA 91505-2730

*A 1.5% fee will apply if payment is received after due date*

XI16011

23

---

**4403 W MAGNOLIA BLVD**　　　　**Page 1 of 2**　**Bill Detail**　　　　**Account #1361182391**

| Service | Meter Number | Service Period | Days of Service | On-Peak | Mid-Peak | Off-Peak | Total |
|---|---|---|---|---|---|---|---|
| Electric kVA | 45-0146 | 12/11/15 - 01/07/16 | 27 | | | | 0 |
| Electric kWh | 45-0146 | 12/11/15 - 01/07/16 | 27 | 0 | 0 | 0 | 0 |
| Electric kVA | 9-0650 | 12/11/15 - 01/07/16 | 27 | | | | 0 |
| Electric kWh | 9-0650 | 12/11/15 - 01/07/16 | 27 | 0 | 0 | 0 | 0 |

| Service | Meter Number | Service Period | Days of Service | Current Read | Previous Read | Read Difference | Multiplier | Total |
|---|---|---|---|---|---|---|---|---|
| Water | 52934 | 12/11/15 - 01/09/16 | 29 | 1764.7 | 1746.8 | 17.9 | | 17.9 |

**Electric**
818-238-3700

| **Meter 45-0146 History** | |
|---|---|
| Demand Charge - Minimum | 95.68 |
| Service Charge | 17.39 |
| Public Benefits Charge | 3.22 |
| Street Lighting Surcharge | 1.70 |
| Utility Users Tax | 8.26 |
| **Electric Service Total** | **$126.25** |

**Electric**
818-238-3700

| **Meter 9-0650 History** | |
|---|---|
| Demand Charge - Minimum | 95.68 |
| Service Charge | 17.39 |
| Public Benefits Charge | 3.22 |
| Street Lighting Surcharge | 1.70 |
| Utility Users Tax | 8.26 |
| **Electric Service Total** | **$126.25** |

# MARKETING
# MATERIALS





Billboard Magazine - Ad



The Los Angeles Times
January 10 & 17 - Business Selection

# tranzon® ⚡ auction

Ordered by the United States Bankruptcy Court, Central District of California, Los Angeles Division, Case No.
2:15-bk-16749-SK in the matter of Saboa Entertainment, LP, Debtor; Edward M. Wolkowitz, Trustee/Seller

## Sound Studio | Burbank, CA

- World-class facility serving the music, film and television industries
- 15,000± SF Building on 19,412± SF lot (SF to be verified by Buyer)
- Ample parking on 19,642± lot, plus gated VIP parking
- Prime location in the heart of Burbank
- 4,000± SF Scoring stage with 30' height
- Theatrical mixing room with Dolby Digital, THX & DTS
- 5.1 Edit rooms, free ISO booth, (2) ADR Recording studios
- Multiple offices, state-of-the art chef's kitchen, Large patio area

**Bid Qualifying Deadline:** January 26th
**Address:** 4403 W. Magnolia Blvd., Burbank, CA 91505



Tranzon Asset Strategies in association with Tiger Group
BRE License 01850659 | See Website for Terms | Property #TAS160128

TIGER

**TRANZON.COM**          **888.314.1314**

Wall St. Journal
January 13 & 20 - Display, Business Real Estate

22



# Bankruptcy AUCTION

Ordered by the United States Bankruptcy Court, Central District of California, Los Angeles Division,
Case No. 2:15-bk-16749-SK in the matter of Saboa Entertainment, LP, Debtor; Edward M. Wolkowitz, Trustee/Seller

## Sound Studio | Burbank





- World-class facility serving the music, film and television industries
- 15,000± SF Building on 19,412± SF lot (SF to be verified by Buyer)
- Ample parking on 19,642± lot, plus gated VIP parking
- Prime location in the heart of Burbank
- 4,000± SF Scoring stage with 30' height
- Theatrical mixing room with Dolby Digital, THX & DTS
- 5.1 Edit rooms, free ISO booth, (2) ADR Recording studios
- Multiple offices, state-of-the art chef's kitchen, Large patio area



Bid Qualifying Deadline: January 26th
Address: 4403 W. Magnolia Blvd., Burbank, CA 91505

 Tranzon Asset Strategies in association with Tiger Group
BRE License 01850659 | See Website for Terms  | Property #TAS160128

TIGER

tranzon.com                    888.314.1314

The Hollywood Reporter
January 20th Issue





## LIVE AUCTION

**Bankruptcy**

# AUCTION

Qualifying Bid Deadline: January 26

**PROPERTY ADDRESS:**
**4403 W. MAGNOLIA BLVD.**
**BURBANK, CA 91505**

- 15,000 +/- SF BUILDING ON 19,412SF LOT (BUYER TO VERIFY ALL SQUARE FOOTAGES)
- 19,642SF PARKING LOT PLUS VIP PARKING
- ORCHESTRAL SCORING STAGE
- THEATRICAL MIXING ROOM
- MULTIPLE STUDIOS, OFFICES, CHEF'S KITCHEN
- LARGE PATIO AREA
- PROPERTY SOLD "AS-IS" WITH NO CONTINGENCIES

# SOUND STUDIO IN BURBANK

This world-class facility serving the music, film and television industries is located in the heart of Burbank and represents a unique opportunity for the right buyer!

SALE CONDUCTED BY

**tranzon**

in association with  **TIGER** ASSET INTELLIGENT

ADDITIONAL INFORMATION AT WWW.TRANZON.COM | 888.314.1314



Tiger Email Blast

24



**Bankruptcy**

# AUCTION

Qualifying Bid Deadline: January 26

**PROPERTY ADDRESS:**
**4403 W. MAGNOLIA BLVD.**
**BURBANK, CA 91505**

# SOUND STUDIO IN BURBANK

This world-class facility serving the music, film and television industries is located in the heart of Burbank and represents a unique opportunity for the right buyer!

- 15,000 +/- SF BUILDING ON 19,412SF LOT (BUYER TO VERIFY ALL SQUARE FOOTAGES)
- 19,642SF PARKING LOT PLUS VIP PARKING
- ORCHESTRAL SCORING STAGE
- THEATRICAL MIXING ROOM
- MULTIPLE STUDIOS, OFFICES, CHEF'S KITCHEN
- LARGE PATIO AREA
- PROPERTY SOLD "AS-IS" WITH NO CONTINGENCIES

SALE CONDUCTED BY

**tranzon**

in association with

**TIGER** ASSET INTELLIGENT

ADDITIONAL INFORMATION AT WWW.TRANZON.COM | 888.314.1314

Tranzon Email Blast



Online Ad
Variety Marketplace
Sponsored Online Real Estate



Banner Ad
Hollywood Reporter
Recording Magazine

# FOR SALE

## Sound Studio

## Real Estate | Equipment

### For more info: tranzon.com

TRANZON ASSET STRATEGIES | TIGER GROUP
BRE LICENSE #10850659 | ASSET INTELLIGENT

# 888.314.1314

Sign - 4x8

From: Parness & Associates, Aberdeen, N.J.
For: Tiger Capital Group, New York

*For Immediate Release*

**REAL ESTATE & OTHER ASSETS FROM LEGENDARY AUDIO RECORDING
AND POST-PRODUCTION STUDIO AVAILABLE IN JANUARY 28 AUCTION**
*--Tiger Group and Tranzon Asset Strategies offer assets
formerly owned by Saboa Entertainment*

BURBANK, Calif. (1/14/16)— A Burbank recording studio with a rich history of serving the music, film and television industries is set to go on the auction block at 10:00 a.m. (PT) on Jan. 28, when Tiger Capital Group's Remarketing Services Division and Tranzon Asset Strategies conduct a live auction to sell the real estate and other assets of the former Magnolia Theatre building site most recently operated by the bankrupt Saboa Entertainment LP.

By order of the U.S. Bankruptcy Court, the historic 15,000-square-foot building at 4403 W. Magnolia Blvd. in Burbank, as well as a full range of recording studio/sound-mixing gear, microphones, musical instruments, office furniture and furnishings, and a state-of-the-art chef's kitchen are being offered for sale as a complete turnkey package. The property also includes a large patio area and a parking lot with more than 70 spots, plus gated VIP parking.

Bids, which are subject to a stalking horse offer currently in place, are now being accepted. Qualifying overbids must be a minimum of $6.5 million. Those intending to bid are required to prequalify with Tranzon by submitting a written offer and deposit by January 26. Only qualifying bidders will be invited to the live auction at the Burbank site.

Previews of the facility will be held on January 13, from 1:00 p.m. to 5:00 p.m. (PT); January 14, from 9:00 a.m. to 1:00 p.m. (PT); January 20, from 10:00 a.m. to 1:00 p.m. (PT); and January 26, from 12:00 p.m. to 4:00 p.m. (PT).

"Situated in the heart of the creative corridor that also hosts Disney studios, Warner Brother facilities and other recording studios, this strategically located site offers an extraordinary opportunity for recording artists, restaurant operators, schools or other uses," said Michael Walters, President of Tranzon Asset Strategies. "Constructed in 1940, the building underwent extensive renovations from the late-1970's, when it was converted to a studio use, and has benefitted from ongoing improvements since 2004. The ample parking lot and large patio area make this site all the more appealing."

"This is a jewel of a facility, which has served many top recording artists," added Jeff Tanenbaum, President of Tiger Remarketing Services. "Industry professionals touring the building have commented on the studio's diversity and ability to support jazz, orchestral, rock and pop music, not to mention film and video production. The facility has been dialed in by some of the industry's top engineers, and features a 72-channel Neve 8078 console along with Flying Faders automation and outboards including several Tube-Tech, Pultec and Fairchild dynamics/EQ units. It would be a tremendous undertaking to reconstruct a studio offering similar capabilities."

The facility also features a 30-foot-tall scoring stage measuring approximately 4,000 square feet; a theatrical mixing room with Dolby digital, THX and DTS; two 5.1 editing rooms; two video editing suites; an isolation booth; two ADR recording studios; multiple offices; and the chef's kitchen.

The sale also includes all of the facility's recording studio and sound mixing gear. Highlights include the Neve mixing console; Studer recorders; Tube-Tech, Pultec and Fairchild outboards; a vintage EMT 250 digital reverb; and more than 40 vintage Neuman, Telefunken, Sennheiser, Shure and Sony tube and condenser microphones.

The studio additionally includes musical instruments, theater equipment, furniture, furnishings and business equipment.

For more information, go to: www.SoldTiger.com. Or for a complete property information package, including qualification and bidding procedures, go to: www.tranzon.com/TAS160128.

Saboa Entertainment LP filed for Chapter 7 bankruptcy on April 28, 2015 in the California Central District Bankruptcy Court (case number 2:15-bk-16749).

Press

# BANKRUPTCY COURT
# APPROVAL



1 | Aram Ordubegian (SBN 185142)
Andy S. Kong (SBN 243933)
2 | **ARENT FOX LLP**
555 West Fifth Street, 48th Floor
3 | Los Angeles, CA  90013-1065
Telephone:    213.629.7400
4 | Facsimile:    213.629.7401
aram.ordubegian@arentfox.com
5 | andy.kong@arentfox.com

6 | Attorneys for Edward M. Wolkowitz,
Chapter 7 Trustee

7 |

8 |                **UNITED STATES BANKRUPTCY COURT**

9 |                **CENTRAL DISTRICT OF CALIFORNIA**

10 |                **LOS ANGELES DIVISION**

11 |

12 | In re                                    Case No. 2:15-bk-16749-SK

13 | **SABOA ENTERTAINMENT, LP,**            Chapter 7

14 |          Debtor.                        **CHAPTER 7 TRUSTEE'S
APPLICATION FOR AUTHORITY TO**
15 |                                         **EMPLOY TIGER REMARKETING
SERVICES AND TRANZON ASSET**
16 |                                         **STRATEGIES AS AUCTIONEERS
AND REAL ESTATE BROKER AND**
17 |                                         **TO ASSIST THE TRUSTEE IN THE
SALE AND MANAGEMENT OF THE**
18 |                                         **DEBTOR'S REAL & PERSONAL
PROPERTY; DECLARATIONS OF**
19 |                                         **EDWARD M. WOLKOWITZ,
JEFFREY J. TANENBAUM AND**
20 |                                         **MICHAEL C. WALTERS IN SUPPORT
THEREOF**
21 |
22 |                                         *[No Hearing Required Unless Requested
Pursuant to L.B.R. 2014-1(b)]*

23 |     TO:    THE    HONORABLE    SANDRA    R.    KLEIN,    UNITED    STATES

24 | **BANKRUPTCY JUDGE; AND ALL INTERESTED PARTIES:**

25 |          By this application, Edward M. Wolkowitz, the Chapter 7 Trustee (the "Trustee" or

26 | the "Applicant") of the bankruptcy estate of Saboa Entertainment, LP (the "Debtor"),

27 | respectfully seeks authority to employ Tiger Remarketing Services, aka Tiger Group

28 | ("Tiger Group") and Tranzon Asset Strategies ("Tranzon" and together with Tiger Group

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/12163281.2

1    the "Auctioneers") jointly as his auctioneers and real estate broker and to assist in the

2    operation and management of the Debtor's Real Property and/or Personal Property Assets

3    (defined below), as may be requested by the Trustee.  In support of this Application, the

4    Trustee concurrently submits the Declarations of Edward M. Wolkowitz (the "Wolkowitz

5    Declaration"), Jeffrey J. Tanenbaum (the "Tanenbaum Declaration") and Michael C.

6    Walters (the "Walters Declaration"), incorporated herein by reference, and respectfully

7    represents as follows:

8                                        **I.**

9                                **BACKGROUND**

10          1.     On April 28, 2015 (the "Petition Date"), Saboa Entertainment, LP (the

11   "Debtor") filed a voluntary chapter 7 petition, and Edward M. Wolkowitz was appointed

12   as the chapter 7 trustee of the Debtor's bankruptcy estate.

13          2.     The Debtor is the undisputed record title owner of that certain real property

14   commonly known as 4403 West Magnolia Boulevard, Burbank, California which

15   operates as a recording studio (the "Real Property").  The Debtor also has an interest in

16   various business assets, including without limitation, intellectual property, personal

17   property, and unique, one-of-a-kind recording studio related assets (collectively, the

18   "Personal Property Assets") that will need to be administered and/or liquidated for the

19   benefit of the estate and its creditor body.

20          3.     The Trustee seeks to employ Tiger Group and Tranzon to market and sell

21   the Debtor's Real Property and Personal Property Assets in a manner designed to garner

22   the highest possible return to this estate.  To that end, Tiger Group and Tranzon will

23   utilize tailored and comprehensive sale plans and will also solicit potential bulk/turnkey

24   buyers to purchase the Real Property and the Personal Property Assets.  The Trustee

25   believes that Tiger Group's and Tranzon's marketing and auction and sale strategies will

26   yield a highly beneficial return for the estate.

27          4.     Until the Real Property and Personal Property Assets are sold, Tiger Group

28   and Tranzon will assist the Trustee, as may be requested, in operating and managing the

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES
                                    - 2 -

AFDOCS/12163281.2

32

1    Real Property and the Personal Property Assets.  To that end, the Trustee filed a motion

2    on June 8, 2015 [Dkt No. 61], which was approved by the Court, to operate the Real

3    Property so that the Trustee could preserve the going concern value of the Real Property

4    and Personal Property while the Trustee and his professionals, including Tiger Group and

5    Tranzon, market the assets for sale.

6        5.    The Trustee will prepare and file an appropriate sale motion with related

7    pleadings including a notice of sale of estate property which will provide, among other

8    things, information about the auction, including the date and time of the auction,

9    inspection date(s), and the terms and conditions for bidding.

10                                      **II.**

11                       **JURISDICTION AND VENUE**

12       6.    This Court has jurisdiction over this Application pursuant to 28 U.S.C.

13   §§ 157 and 1334(b).  Venue of these proceedings is proper in this judicial district

14   pursuant to 28 U.S.C. §§ 1408 and 1409.  11 U.S.C. § 327, Federal Rules of Bankruptcy

15   Procedure 2014, and Local Bankruptcy Rule 2014-1(b) are the statutory predicates for

16   the relief sought by this Application.

17                                      **III.**

18                        **RELIEF REQUESTED**

19       7.    The Trustee seeks to employ Tiger Group and Tranzon as his auctioneers

20   and real estate broker and his agent in operating and managing the Real Property and

21   Personal Property Assets, as may be requested by the Trustee, in this chapter 7 case, with

22   compensation that is at the expense of the Debtor's estate and in such amounts calculated

23   according to the methods noted herein.

24       8.    Tiger Group and Tranzon have provided the Trustee with a comprehensive

25   marketing and sale plan for the Real Property and Personal Property Assets.  The plan

26   also includes strategies for an onsite auction and online bidding, along with a potential

27   alternative, a pre-auction solicitation for bulk/turnkey buyers.  Tiger Group and Tranzon

28   will utilize sale and auction strategies that best meet the needs of interested buyers to

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES
                                      - 3 -

AFDOCS/12163281.2

33

1    maximize value to the estate. The details of the proposal are attached hereto as Exhibit

2    "1". The salient terms of the proposal are as follows:

3           (1)     Tiger Group and Tranzon will market the auction in newspapers,

4    using trade publications, direct mail, e-mails, and press releases, and will distribute

5    promotional materials to the Debtor's customers, vendors, competitors, and other parties

6    that may have an interest in acquiring the Real Property and Personal Property Assets;

7           (2)     For the sale of the Real Property, Tranzon will prepare property

8    information packages and bidding forms and other relevant documents;

9           (3)     For the sale of the Personal Property Assets, Tiger Group will assign

10   a site supervisor to oversee all sale preparation and prepare an online catalog made

11   available 5-7 days prior to the auction; and

12          (4)     After the auction, Tiger Group and Tranzon will provide an

13   accounting to the Trustee including, without limitation, a breakdown of sales, expenses

14   and copies of all marketing collateral, expense support.

15      9.    Subject to Court approval of this Application, Tiger Group and Tranzon have

16   indicated a willingness to act on behalf of the Trustee and render the necessary

17   professional services (i) as the Trustee's auctioneers for the sale of the Personal Property

18   Assets, (ii) as real estate broker for the sale of the Real Property, and (iii) in operating and

19   maintaining the Real Property and Personal Property Assets until closing of the sale.

20                                   **IV.**

21                    **QUALIFICATIONS AND COMPENSATION**

22      10.   The Trustee believes that Tiger Group and Tranzon are well-qualified to

23   serve as auctioneers and real estate broker and conduct the auction and serve as the

24   Trustee's agent in assisting him operate and maintain the Real Property and Personal

25   Property Assets until sale closing.  Its principals' auction experience includes sales of

26   nearly $1 billion of machinery, technological equipment, furnishings, collectibles,

27   wholesale inventories, and real property.  These sales involved many items similar to what

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -

AFDOCS/12163281.2

1    Tiger Group and Tranzon will be auctioning for the Trustee here.   Tiger Group and

2    Tranzon's qualifications are attached hereto as Exhibit "2".

3         11.    Subject to this Court's approval, and in accordance with 11 U.S.C. § 328,

4    the Trustee wishes to employ Tiger Group and Tranzon with compensation at the expense

5    of the Debtor's Estate.

6         12.    For the sale of the Personal Property Assets, Tiger Group will charge a 15%

7    buyers premium, plus an additional 3% assessed by the third party webcast service for

8    online bidders, as its sole compensation.   The buyer's premium along with the additional

9    assessment by the third party webcast service will be remitted to the Trustee along with

10   the sale proceeds and paid to Tiger Group in accordance with Office of the United States

11   Trustee's Supervisory Instruction No. 10, a copy of which is attached hereto as Exhibit

12   "3".

13        13.    For the sale of the Real Property, Tranzon will charge buyers an industry

14   standard 10% buyer's premium and distributed as follows: 2% to the estate; 2% to a

15   cooperating buyer broker; and 6% to Tranzon.   In the event there is no cooperating buyer

16   broker and Tranzon therefore represents the buyer, the 2% cooperating broker fee shall be

17   split between the estate and Tranzon.   A buyer's premium is one that is paid by the buyer

18   in addition to the ultimate purchase price for the asset being purchased.

19        14.    Tiger Group and Tranzon will advance all sale expenses including

20   marketing, labor etc. which expenses shall be capped at $35,000 and will not exceed this

21   amount without the Trustee's written approval. The actual expenses incurred (capped at

22   $35,000 unless otherwise authorized by the Trustee), shall be paid after the auction and in

23   accordance with Office of the United States Trustee's Supervisory Instruction No. 10.

24        15.    Tiger Group and Tranzon have provided a sale specific bankruptcy bond for

25   the estimated value of the Personal Property Assets in the amount of $500,000 at a cost of

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 5 -

AFDOCS/12163281.2

1  $5,000 to the Estate.[1] Tiger Group and Tranzon will not obtain a bond for the real estate

2  since the funds are handled entirely by escrow.

3         16.    Tiger Group and Tranzon will provide onsite management at a cost of $250

4  to $350 per day it provides onsite assistance, depending upon the field agent used as well

5  as any out-of pocket costs, i.e. locksmith and other maintenance type services which may

6  be necessary.

7         17.    Tiger Group and Tranzon did not receive a retainer with respect to their

8  representation of the Trustee.

9                                              **V.**

10          **CONNECTIONS WITH THE DEBTOR AND OTHER PARTIES**

11        18.    Based upon the Tanenbaum and Walters Declaration, the Trustee is satisfied

12  that Tiger Group and Tranzon do not have any connection with the Debtor, the Office of

13  the United States Trustee; any person employed by the Office of the United States

14  Trustee; or any other party in interest in this Estate, adverse or otherwise that would

15  prejudice or otherwise disqualify Tiger Group and Tranzon from representing the Trustee.

16                                             **VI.**

17             **NOTICE AND NO PRIOR APPLICATION**

18        19.    The Trustee is informed that notice of this Application has been provided to:

19  (i) the Office of the United States Trustee, (ii) counsel to the Debtor, and (iii) all other

20  persons who requested notice pursuant to Bankruptcy Rule 2002.    The Trustee

21  respectfully represents that such notice is sufficient, and requests that this Court find that

22  no further notice of the relief requested herein is necessary or appropriate.

23        20.    The Trustee is further informed that no prior application has been made for

24  the relief requested herein to this or any other Court.

25        **WHEREFORE**, the Trustee respectfully requests an order of this court

26  authorizing the employment of Tiger Group and Tranzon as his auctioneers and real estate

27

28

---

[1] A non-affiliate third party believes the Personal Property Assets have a fair market value of approximately
$500,000.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 6 -

AFDOCS/12163281.2

broker and his agent in operating and maintaining the Real Property and Personal Property

Assets in connection with this Chapter 7 case and generally, upon the terms and

conditions set forth herein and in the proposal attached hereto as Exhibit "1".

Dated: July ___, 2015                         Respectfully submitted,

                                              **ARENT FOX LLP**

                                              By: _____
                                                  ANDY S. KONG
                                                  Attorneys for Chapter 7 Trustee

Case 2:15-bk-16749-SK    Doc 85    Filed 07/22/15    Entered 07/22/15 15:10:38    Desc
Main Document        Page 8 of 44

### DECLARATION OF EDWARD M. WOLKOWITZ

I, Edward M. Wolkowitz, declare that:

1.    I am the duly appointed and acting Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Saboa Entertainment, LP.  I have personal knowledge of the facts described herein and if called as a witness, I could and would testify competently thereto.

2.    I have read the attached application for the employment of Tiger Group and Tranzon as auctioneers and real estate broker and as my agent in assisting me operate and maintain the Real Property and Personal Property Assets.  Except for those matters stated upon information and belief, I know the facts represented therein, which are known to me to be true and if called as a witness, I could and would competently testify thereto.

3.    I believe that the marketing plan that Tiger/Tranzon have prepared, along with the buyer's premium compensation method they have devised, is the best way to maximize value of the assets for the estate.  I have concluded this based upon the nature of the assets and communications I and my professionals have had with different types of potential buyers.  I am informed and believe that a buyer's premium payment method to compensate Tiger/Tranzon is the best way, under the circumstances here, to ensure a robust bidding process for the benefit of the estate.

4.    I understand that the buyer's premium along with the additional assessment by the third party webcast service will be remitted to me along with the sale proceeds and paid to Tiger Group and Tranzon in accordance with Office of the United States Trustee's Supervisory Instruction No. 10, a true and correct copy of which is attached hereto as Exhibit "3".

5.    A true and correct copy of Tiger Group and Tranzon's proposal is attached hereto as Exhibit "1".

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 8 -

AFDOCS/12163281.2

1    I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct.

3    Executed this 2₀ th day of July 2015, at Los Angeles, California.

4

5                                         Edward M. Wolkowitz

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF JEFFREY J. TANENBAUM

I, Jeffrey J. Tanenbaum, declare that:

1. I am the President of Tiger Remarketing Services, aka Tiger Group (the "Company") which maintains an office at 340 North Westlake Boulevard Suite 260, Westlake Village, CA 91362.

2. I am fully familiar with the facts hereinafter stated, and I am authorized to and hereby make this declaration (the "Declaration") on behalf of the Company. The information contained in this Declaration is of my own personal knowledge or is derived from discussions with my partners or my review of the files in this case.

3. I submit this Declaration in support of the annexed Application and in order to provide certain disclosures under Bankruptcy Code section 504, Federal Rules of Bankruptcy Procedure 2014, and Local Bankruptcy Rule 2014-1(b).

4. The Company provides advisory, valuation, disposition and auction services within a broad range of retail, wholesale, and industrial sectors with over 40 years of experience.

5. I have substantial experience in managing and implementing asset disposition solutions for financial institutions, insolvency professionals, Fortune 1000 companies and small businesses. Prior to joining Tiger Group in 2010, I served as both executive and auctioneer at two national auction/liquidation firms. During my time at those firms, I oversaw live and online auction sales of nearly $1 billion of machinery, technological equipment, furnishings, collectibles, wholesale inventories and real property. I studied business at the University of Southern California and received my Certified Auctioneers Institute (CAI) designation at Indiana University through the National Auctioneers Association.

6. I recently toured the Debtor's facilities and inspected the assets that are subject to liquidation. I am informed that a non-affiliate third party believes the Personal Property Assets have a fair market value of approximately $500,000.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 10 -

AFDOCS/12163281.2

7.    Neither the Company nor I have been paid or otherwise reimbursed for any of the services it has provided the Trustee pre-petition or since the Petition Date.

8.    Neither Tiger Group nor any of its principals or employees has any connection with the Trustee, the Debtor, insiders, creditors, any other party or parties in interest, their respective attorneys and accountants, or any person employed in the Office of the United States Trustee.

9.    A summary of experience and qualifications of the Company is attached hereto as Exhibit "2".

10.   Subject to this Court's approval, and in accordance with 11 U.S.C. § 328, the Trustee wishes to employ Tiger Group with compensation at the expense of the Debtor's Estate.  For the sale of the Personal Property Assets, Tiger Group will charge a 15% buyer's premium, plus an additional 3% assessed by the third party webcast service for online bidders, as its sole compensation.  The buyer's premium along with the additional assessment by the third party webcast service will be remitted to the Trustee along with the sale proceeds and paid to Tiger Group in accordance with Office of the United States Trustee's Supervisory Instruction No. 10.

11.   Tiger and/or Tranzon shall also incur, on the Trustee's behalf, sale expenses not to exceed $35,000, auction bond cost of $5,000 and on-site property management costs of $250 to $350 per day it provides on-site assistance, as well as any out-of-pocket costs incurred (i.e. locksmith and other maintenance type services which may be necessary).  Tiger and/or Tranzon shall submit a full accounting for the sale and its expense reimbursement in accordance with the Office of the United States Trustee's Supervisory Instructions No. 10.

12.   Based upon the information available to me, and except as otherwise described herein, the Company holds no interest adverse to the Trustee, the Debtor, the estate or its creditors as to the matters in which it is to be employed other than the representation of the Trustee.  I believe that the Company is a "disinterested person" as defined in 11 U.S.C. § 101(14).  I know of no reason why the Company cannot act as the

- 11 -

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/12163281.2

41

1   Trustee's auctioneer and real estate broker and his agent in operating and maintaining the

2   Debtor's Real Property and Personal Property Assets as may be requested by the Trustee.

3       I declare under penalty of perjury under the laws of the United States of America

4   that the foregoing is true and correct.

5       Executed this **21st** day of July 2015, at Westlake Village, California.

6

7             Jeffrey J Tanenbaum, President of

8             Tiger Remarketing Services

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### DECLARATION OF MICHAEL C. WALTERS

I, Michael C. Walters, declare that:

1.      I am the President of Tranzon Asset Strategies (the "Company") which maintains an office at 9891 Irvine Center Drive, Suite 170, Irvine, CA 92618.

2.      I am fully familiar with the facts hereinafter stated, and I am authorized to and hereby make this declaration (the "Declaration") on behalf of the Company.   The information contained in this Declaration is of my own personal knowledge or is derived from discussions with my partners or my review of the files in this case.

3.      I submit this Declaration in support of the annexed Application and in order to provide certain disclosures under Bankruptcy Code section 504, Federal Rules of Bankruptcy Procedure 2014, and Local Bankruptcy Rule 2014-1(b).

4.      The Company is a full-service auction company providing real estate auction and accelerated marketing services, as well as liquidations of business and other financial assets for corporations, financial institutions, trustees, individuals, and estates with more than 30 offices from coast to coast.

5.      I have substantial experience in managing and implementing asset disposition solutions for financial institutions, insolvency professionals, government agencies and small businesses.   I manage the sale of real and personal property at auction, conduct on-site appraisals and provide full brokerage services. I studied business at the University of North Texas and completed graduate studies in Real Estate Appraisal and Finance at Southern Methodist University and graduate courses in Environmental Issues and Real Estate.  In addition I received my Certified Auctioneers Institute (CAI) designation through the Auction Marketing Institute (A.M.I.). I also hold an Accredited Senior Appraiser Designation (A.S.A.) with the American Society of Appraisers and am currently a licensed and bonded auctioneer in California and Washington.

6.      I recently toured the Debtor's facilities and inspected the assets that are subject to liquidation.  Based on my inspection, I conservatively estimate the auction

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 13 -

AFDOCS/12163281.2

1  value of the real property to range from $3,400,000 to $3,700,000 or approximately $180

2  per square foot based on representations that the building size is approximately 19,000

3  square feet.

4       7.    Neither the Company nor I have been paid or otherwise reimbursed for any

5  of the services it has provided the Trustee pre-petition or since the Petition Date.

6       8.    Neither Tranzon nor any of its principals or employees has any connection

7  with the Trustee, the Debtor, insiders, creditors, any other party or parties in interest,

8  their respective attorneys and accountants, or any person employed in the Office of the

9  United States Trustee.

10      9.    A summary of experience and qualifications of the Company is attached

11 hereto as Exhibit "2".

12      10.   The Company will not represent any other party than the Trustee in this

13 Chapter 7 case.

14      11.   Subject to this Court's approval, and in accordance with 11 U.S.C. § 328,

15 the Trustee wishes to employ Tranzon with compensation at the expense of the Debtor's

16 Estate.   For the sale of the Real Property, Tranzon will charge buyers an industry

17 standard 10% buyer's premium and distributed as follows: 2% to the estate; 2% to a

18 cooperating buyer broker; and 6% to Tranzon.  In the event there is no cooperating buyer

19 broker and Tranzon therefore represents the buyer, the 2% cooperating broker fee shall

20 be split between the estate and Tranzon.  A buyer's premium is one that is paid by the

21 buyer in addition to the ultimate purchase price for the asset being purchased.

22      12.   Tiger and/or Tranzon shall also incur, on the Trustee's behalf, sale

23 expenses not to exceed $35,000, auction bond cost of $5,000 and on-site property

24 management costs of $250 to $350 per day it provides on-site assistance, as well as any

25 out-of-pocket costs incurred (i.e. locksmith and other maintenance type services which

26 may be necessary).  Tiger and/or Tranzon shall submit a full accounting for the sale and

27 its expense reimbursement in accordance with the Office of the United States Trustee's

28 Supervisory Instruction No. 10.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 14 -

AFDOCS/12163281.2

13.    Based upon the information available to me, and except as otherwise described herein, the Company holds no interest adverse to the Trustee, the Debtor, the estate or its creditors as to the matters in which it is to be employed other than the representation of the Trustee.  I believe that the Company is a "disinterested person" as defined in 11 U.S.C. § 101(14).  I know of no reason why the Company cannot act as the Trustee's auctioneer and real estate broker and his agent in operating and maintaining the Debtor's Real Property and Personal Property Assets as may be requested by the Trustee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2 1th day of July 2015, at Irvine, California.

Michael C. Walters, President of
Tranzon Asset Strategies

# EXHIBIT 1

# SALE PLAN

Auction Services in the Matter of…

## SABOA
## ENTERTAINMENT



Tiger Group
Remarketing Services
888.758.TIGER
SoldTiger.com

New York · Boston · Los Angeles · San Francisco · Sydney

16

# SALE PLAN

Auction Services in the Matter of…

## SABOA
## ENTERTAINMENT

Submitted:
MAY 6, 2015

Presented to:
ED WOLKOWITZ, CHAPTER 7 TRUSTEE

Presented by:
JEFF TANENBAUM, PRESIDENT – REMARKETING SERVICES
jtanenbaum@tigergroup.com
805-497-4999

Tiger Group
Remarketing Services
888.758.TIGER
SoldTiger.com

New York · Boston · Los Angeles · San Francisco · Sydney

17

# Executive Summary

| Plan Overview | |
|---|---|
| Debtor | Saboa Entertainment, LP, Case # 2:15-bk-16749-SK |
| Asset Location | 4403 west magnolia Blvd, Burbank, CA 91505-2730 |
| Sale Format | Live Webcast Auction |
| Bidding Location | Onsite and online at www.BidSpotter.com |
| Asset Description | Recording Studio Equipment, Including Recording, Mixing & Editing Equipment, Computer Equipment, Musical Instruments, Furniture and Related Items; Real Property is described as: Lot 181-184 tracks #7775, City of Burbank |
| Estimated Gross Recovery | Personal Property - $200,000 to $300,000 (based on cursory visit and subject to removals) Real Property - $1,900,000 to $2,400,000 (preliminary est. based on market comps) |
| Fee | 0% Commission; Personal Property -15% Buyers' Premium (plus 3% pass thru to online bidders) Real Property – 10% Buyers' Premium; 2% Rebate to Buyer Broker |
| Expense Budget (billed at cost) | $25,000 - $35,000 Includes Real & Personal Property Marketing, Labor & Related Sale Costs Does Not Include Occupancy |
| Estimated Net Recovery | $2,065,000 to $2,675,000 |
| Agency | Tiger shall serve as relationship and project manager for all assets Tiger shall serve as Agent to Trustee for the sale of personal property Tranzon shall serve as Agent to Trustee for the sale of the real property |

TIGER

18

## Sale Strategy – Personal Property

**Sale Method – Live Webcast Public Auction**

Tiger will promote the assets using a live webcast auction. The webcast auction will offer all of the advantages of a live auction, including onsite inspection, with the added benefit of online bidding. This will provide the following benefits:

- Buyers will have the opportunity to view assets onsite or online;
- The online catalog will provide global exposure to the assets;
- Buyers will have the ability to submit bids before or during the auction;

The webcast method provides a simple, user-friendly sale solution, designed to compliment the pace and effectiveness of a live auction. The venue will be setup to accommodate a theater style setting, with photos of each lot displayed on screen. While sales of this nature are often conducted by Tiger online only, the inclusion of the real property makes for a live sale ideal.

**Asset Preparation**

To maximize value from the sale requires necessary attention to the sale lotting process. Tiger's team will pay attention to the following during sale preparation:

- Individual and small quantity lots, as appropriate;
- Runs of similar items;
- Equipment cleaned and small items organized;
- Sufficient asset specifications are provided;
- Multiple photos are taken for item promotion and auction catalogs;
- Effective flow to maintain buyer interest throughout the sale;
- Categorizing items for quick buyer access during online preview and bidding.



TIGER

19

## Sale Strategy – Real Property

**Sale Method – Live Public Auction**

While online bidding and absentee bidding are an option, real property benefits greatly from a live auction sale. The sale will take place at the facility enhancing the emotional element of auction bidding. All buyers will acknowledge and sign in acceptance of terms of sale crafted to support a non-contingent sale process. Proof of deposit funds will be required to bid and taken immediately upon award of bid.

**Minimum Bid Auction**

We propose the use of a Minimum Bid Auction to facilitate the sale of the real estate. The Minimum Bid is a published reserve price, and the Seller is obligated to accept all high bids at or above the Minimum Bid amount.

When using the Minimum Bid method, the starting point needs to be an attractive value proposition for prospective buyers in order to drive sufficient traffic to the project and create a competitive environment. A Minimum Bid Auction is widely accepted and is the most dynamic way to give bidders the certainty of sale needed for them to make the time and expense commitment necessary to inspect the property, obtain financing and complete due diligence within the proposed timeframe prior to the auction.

Tiger facilitates its real estate auctions in collaboration with Tranzon, based on their national footprint, regional brokers and exceptional bidder database.



TIGER

20

51

## Sale Marketing

Tiger will custom craft a marketing plan, in cooperation with and subject to client approval, which incorporates the following marketing strategies, intended to reach an appropriate blend of end-users, dealers and investors:

**Direct Mail / Email**
Targeted to in-house lists and sourced lists of target asset users and dealers, as well as second tier 'opportunistic' buyers, materials will include full color brochures and graphic rich emails.  Distribution includes in-house lists, partner lists and purchased lists to reach past buyers and prospects, as well as to identify current and new buyer targets.  Direct mail is sent approximately 14 to 20 days prior to the sale; Emails are distributed 2-3 times prior to the sale.

**Newspaper**
Regional and National publications provide a number of advertising opportunities, based on asset classification. Opportunities range from classifieds to run of paper ads.  Newspaper ads are typically placed in combination with online marketplaces offered by the publications.

**Trade Publications – Print & Online**
Trade publications– which include equipment marketplaces and industry association publications – provide a wealth of marketing opportunities, from classified postings,  web banners and print ads to e-newsletters, blogs and email list sources.




TIGER

21

Case 2:15-bk-16749-SK    Doc 85    Filed 07/22/15    Entered 07/22/15 15:10:38    Desc
Main Document    Page 23 of 44

## Sale Marketing

**Pay Per Click**
Google and other search sites provide supplemental marketing exposure by paying for the right combination of keyword searches.  Budgets are reviewed on a regular basis and adjusted as needed.

**Press Releases**
Tiger issues press releases for virtually all sales.  These releases produce exposure in a number of ways, including local news media and online publications ranging from news sites to trade sites.

**Social Media**
Facebook and Linked in offer a number of marketing tools to assist in the promotion of sales.  Tiger maintains pages on each site, and leverages paid tools to enhance exposure to these pages.  Tiger's regular traffic to these sites is a further benefit.

**Telemarketing**
Every Tiger sale benefits from a telemarketing campaign targeted to the most crucial buyer audience for the sale's success.  While this often reaches those targeted through other marketing methods, the direct contact is an excellent customer service tool that ensures participation and an opportunity to answer buyer questions.

**SoldTiger.com**
Tiger's website receives hundreds' of thousands of hits each month from its numerous sales, Spanning many asset classes.  These buyers frequent the website based on the ever-changing content and enhance the bidder pool for each sale.



TIGER

22

53

## Sale Process

**Planning**
Upon a signed contract, Tiger will schedule a planning meeting to coordinate the goals of all involved parties.

**Marketing**
Marketing campaigns begin with a marketing write-up which captures key sale information, terms, associated graphics, and which clarifies the "reason for sale". The marketing write-up is approved by the client and the basis for all marketing materials.

**Terms & Conditions**
Terms of sale are customized as needed for each sale. Typical terms of sale are included later within this Sale Plan. Tiger works in collaboration with the Seller to ensure a non-contingent and final sale process with minimal post-sale buyer issues.

**Sale Preparation – Personal Property**
Tiger will assign a site supervisor to oversee all sale preparation. This includes the organization and display of sale items, as well as the tagging of items and creation of a sale catalog comprised of lot details and photographs. Tiger's sale catalogs include multiple photos where appropriate and a categorization of items to assist with buyer due diligence. The online catalog is made available 5 – 7 days prior to the auction and is available for download in a printable format for buyer convenience.

**Sale Preparation – Real Property**
The more educated a buyer is the easier it is to make a buying commitment. Tiger will produce property information packages containing all available information on the property. The package will also include a complete copy of the terms and conditions of the sale, necessary forms for bidding, and any other related and relevant documents for the sale. The package will be available in paper and electronic formats. The packages will be available online to those who provide required contact information.



TIGER

23

## Sale Process

**Inspection**
Tiger will schedule appropriate inspection times specific for the auction, and will prepare and provide auction catalogs for bidder convenience.   Regardless of scheduled inspection times, Tiger accommodates special requests, where appropriate.

**Registration**
Tiger will register auction buyers, requiring deposits and buyer agreement to comprehensive terms intended to protect both Tiger's and Client's interests.

**Auction Event**
The auction will be conducted and managed by Tiger's experienced staff of professionals.  Throughout the sale, Tiger works with buyers to ensure their purchases are appropriately secured and ultimately paid for within 48 hours of the auction.

**Buyer Services**
Tiger provides a number of resources for buyer access online before, during and after the sale process.  This includes lists of shipper and rigger resources, 3rd party financing options, reseller forms, payment instructions and other sale specific materials Furthermore, Tiger will respond to buyer inquiries and notify Trustee of any buyer issues.

**Post Auction**
Tiger will supervise the removal process, ensuring that buyers sign an insurance hold harmless before removal, as well as providing proper insurance documentation.  Tiger's process ensures swift collections and a smooth buyer removal, ultimately leaving the facility in a clean and orderly condition.

**Sale Reporting**
Tiger will prepare a comprehensive post sale report, including a breakdown of sales, expenses and copies of all marketing collateral, expense support, etc



TIGER

24

# Timeline

| Days before (-) / after (+) | Action |
|---|---|
| - 35 to 45 days | Executed Sale Order<br>Sale Planning Meeting<br>Marketing Write-up |
| - 30 days | Sale Posted to Calendar<br>Marketing Materials Prepared |
| - 25 days | Setup Begins<br>Due Diligence Materials Gathered |
| - 20 days | Trade Ads Run<br>Direct Mail Begins |
| - 14 days | Telemarketing Begins<br>Newspaper Ads Run |
| - 7 days | Sale Catalog Posted Online<br>Email Campaigns Begin<br>Client Meeting / Updates |
| - 1 to 2 days | Inspection |
| -0- | Sale Day |
| + 2 days | Collections Complete |
| + 4 days | Removal Complete |
| + 7 days | Distribution of Gross Proceeds |
| + 21 days | Complete Settlement Report |
| + 31 days | Auctioneer Fees & Expenses Paid |



TIGER

25

## Compensation

**Buyers' Premium & Commission Structure – Personal Property**

Tiger will charge and retain, as its commission, a 15% buyers premium from the sale of all personal property as its sole compensation. The premium will be remitted to Trustee along with the sales proceeds and paid to Tiger with the expense reimbursement following Trustee's received and approved Auctioneers Settlement Report.

**Buyers' Premium & Commission Structure – Real Property**

Tiger will charge a 10% buyers premium on the sale of the real property.  The surcharge is added on top of the bid price and together with the bid price shall makeup the total sale price for the property.  Tiger shall receive the buyers' premium as its compensation and shall charge no commission to Seller.

**Buyer's Broker: Cooperation Fee**

In order to encourage Real Estate Brokers to introduce and promote the property to their clients, Tiger will offer to a properly licensed Real Estate Broker a commission of 2% of the high bid price, should the broker properly register the winning bidder who subsequently closes escrow. The cooperating broker commission will be paid from the Buyer's Premium.

**Auction & Marketing Expenses**

Tiger shall advance and be reimbursed, at direct cost, for all sale related expenses, including sale marketing, labor, operations, materials, supplies and other associated costs.  Tiger shall cap the expenses at $35,000 and will not exceed this amount without prior written approval from Seller.  The following are not included in the sale costs nor deemed to be Auctioneers responsibility: i) occupancy costs, ii) removal of hazardous materials or sensitive data, iii) restoration of building facilities to any defined standard.

TIGER

26

## Recovery

| Item | Low | High |
|---|---|---|
| Personal Property | 200,000 | 300,000 |
| Real Property | 1,900,000 | 2,400,000 |
| GROSS RECOVERY | 2,100,000 | 2,700,000 |
| Commission | 0 | 0 |
| Expenses | (35,000) | (25,000) |
| **NET RECOVERY** | **$2,065,000** | **$2,675,000** |

**Recovery Notes**
- Personal property gross recovery will be based on assets remaining at the time of sale. Projections are based on Tiger's limited access to the facility and assumptions of what may or may not be included in the sale.
- The real estate estimate is based on a cursory review of comparable sales, subject to further due diligence discovery.
- Tiger's fee shall be through a buyers' premium surcharged to buyers as follows:
  - Personal Property – 15%, plus 3% assessed by the 3rd Party Webcast Service
  - Real Property – 10%, less 2% paid to a properly registered cooperating buyer broker

TIGER

27

# Terms of Service – Personal Property

· Property to be offered to buyers in "As-Is, Where-Is" condition, without representations or warranties.

· The following forms of payment shall be accepted from buyers: credit card, cash, cashiers' checks, guaranteed checks and wire transfer as payment for the property sold. No credit will be extended.

Bidders will be required to qualify to bid, which may include posting an appropriate deposit or showing proof of deposit funds on hand.

· Bidders shall sign or otherwise acknowledge a terms sheet, which will include terms intended to protect Auctioneer and Seller from buyer payment defaults, property abandonment, damage to persons or property onsite, claims regarding property condition, etc.

· Bidders shall be surcharged a 15% buyers' premium, from which any credit card fees shall be paid

· Tiger shall be responsible to collect and remit any applicable sales tax.

Tiger shall require that purchases are removed only by fully paid buyers and by the party named on the invoice, unless a properly completed 'Agent Release Form' is received.

Buyers shall conform to strict removal requirements and be required to provide proof of insurance before dismantling installed equipment or bringing material handling equipment onto the job site.

· Tiger shall remit the gross proceeds of sale to Seller within 7 days of the Sale.

· Tiger shall provide Seller with a detailed Sale Report, along with the net sale proceeds within 21 business days of the completion of the sale, including:

   · List of items sold

   · Price of each item sold

     Buyer of each item sold, including the name, address & phone number

   · List of unsold items returned to Trustee



TIGER

28

# Terms of Service – Real Property

Seller hereby grants to Tranzon the exclusive authorization and right to sell the subject property for a period of 90 days from approval of this agreement or the termination of the Bankruptcy, whichever occurs first.

- Seller acknowledges and agrees that Tranzon will charge a "Buyer's Premium" of 10% of the highest bid accepted by the Auctioneer. The "Buyer's Premium" will be added to the highest bid price, the sum of which shall constitute the total purchase price of the property. Seller assigns to Tranzon that portion of the sales proceeds in an amount equal to the "Buyer's Premium" as commission, payable through escrow. In the event of a buyer broker, Tranzon will contribute 2% to the buyer broker, payable through escrow.

Seller agrees to pay marketing expenses as per the proposal as part of the $25,000 to $35,000 total project budget.

- Seller agrees to supply Tranzon with all documents reasonably necessary for the sale and marketing of the property. Seller agrees to cooperate in the sale of said property and refer all inquiries to Tranzon.

Seller agrees to convey legal title to Buyer free and clear of all liens and encumbrances, except easements, rights of way, covenants, conditions, and restrictions of record.

- Upon sale of the property, escrow shall be opened and Seller agrees to promptly deposit therein all documents and instruments necessary to transfer legal title to Buyer.

In the event Buyer fails to complete the purchase by reason of any default of the Buyer and Buyer's deposit is retained as liquidated damages, one-half of the deposit amount shall be paid to Tranzon and one half to Seller, less Seller's share of escrow and title cancellation charges. In no event shall Tranzon's share of Buyer's retained deposit exceed the full amount of its commission, marketing expenses and administrative costs as provided for herein.

Seller consents to Tranzon placing a sale or auction sign on the property in such manner as Tranzon shall deem appropriate. Seller also agrees that Tranzon can place the property on multiple listing services and real estate websites it deems appropriate.

- Seller and Auctioneer acknowledge that Property is being sold pursuant to an Order by the United States Bankruptcy Court for the Central District of California, Los Angeles Division, in Case No. 2:15-bk-16749-SK. Sale is subject to and contingent upon Court approval. Any dispute or action pertaining to this Contract shall be brought in and shall be subject to the jurisdiction of said Court. If either party brings an action or other proceeding against the other party to enforce any of the terms, covenants or conditions hereof or any instrument executed pursuant to this Contract, or by reason of any breach or default hereunder, the party prevailing in any such action or proceeding shall be paid all costs and reasonable attorneys' fees by the other party.

TIGER

29

# Team

### Tiger Group

Tiger Group provides advisory, valuation, disposition and auction services within a broad range of retail, wholesale, and industrial sectors. With over 40 years of experience and substantial financial backing, Tiger offers a nimble combination of expertise, innovation and financial resources to drive results. Tiger's seasoned professionals help clients identify the underlying value of assets, monitor asset risk factors and, when needed, convert assets to capital, quickly and decisively. Tiger's collaborative and no-nonsense approach is the foundation for its long-term 'partner' relationships and decades of uninterrupted success. Tiger maintains offices in New York, Boston and Los Angeles.

Tiger Group's Remarketing Services division has facilitated the disposition, through auction of over $1 Billion of equipment and wholesale inventories for small businesses, the U.S. Bankruptcy Court and such Fortune 500 companies as Broadcom, Sears and Apple Computer. Tiger is dedicated to the marketing aspect of the auction business, employing innovative promotional strategies and the most appropriate sale systems and technologies to extract the highest and best value for an asset.



For 25 years, Jeff Tanenbaum has managed and implemented asset disposition solutions for financial institutions, insolvency professionals, Fortune 1000 companies and small businesses. Prior to joining Tiger in 2010, Tanenbaum served as both executive and auctioneer at several national auction/liquidation firms. During his time at those firms, Tanenbaum oversaw live and online auction sales of nearly $1 billion of machinery, technological equipment, furnishings, collectibles, wholesale inventories and real property. He studied business at the University of Southern California and received his Certified Auctioneers Institute (CAI) designation at Indiana University through the National Auctioneers Association

       

# TIGER

30

# Team

**Tranzon Asset Strategies**

Tranzon is a partnership of 10 independently owned and operated real estate and auction companies located throughout the nation. Tranzon partner companies work in collaboration employing common strategies, systems, tools and a code of ethics to ensure quality service to its clientele.

Since its formation in 2001, Tranzon has conducted more than 10,000 auction sales throughout 48 states and the District of Columbia, with a success rate of 90%, selling more than $2 Billion of assets for its clients.

Every member of the Tranzon Asset Strategies team, including all administrative staff, is a licensed Real Estate Broker or Salesperson. Collectively, our staff has over 150 years of experience in the auction business.

As recognized leaders in both the real estate and auction industries, many Tranzon partners serve on boards and committees of the National Association of Realtors, the National Auctioneers Association, The National Auctioneers Education Institute, The Auction Marketing Institute, and numerous other associations nationwide.

The success of Tranzon is built on the core competencies of regional market knowledge, asset knowledge, and buyer knowledge. We have diligently and consistently developed our local/national matrix, which provides coverage of all markets and asset categories. This gives Tranzon a distinct advantage over our competitors.

We serve and have served some of the largest financial institutions and corporations in the country, as well as numerous members of the legal community, developers, government agencies and business and property owners.



TIGER

31

## Past Experience

Tiger's expertise spans decades, billions of dollars of asset value and a vast array of asset classes, including the following representative sales:





Tiger

# EXHIBIT 2

## LEADERSHIP

**Jeff Tanenbaum, President**
**Tiger Remarketing Services**

For 25 years, Jeff Tanenbaum has managed and implemented asset disposition solutions for financial institutions, insolvency professionals, Fortune 1000 companies and small businesses. Prior to joining Tiger in 2010, Tanenbaum served as both executive and auctioneer at several national auction/liquidation firms. During his time at those firms, Tanenbaum oversaw live and online auction sales of nearly $1 billion of machinery, technological equipment, furnishings, collectibles, wholesale inventories and real property. He studied business at the University of Southern California and received his Certified Auctioneers Institute (CAI) designation at Indiana University through the National Auctioneers Association

As President of Tiger Remarketing Services - a division of Tiger Group – Jeff has facilitated the disposition of hundreds of millions of dollars of equipment and wholesale inventories for small businesses, the U.S. Bankruptcy Court and Fortune 500 companies and major financial institutions. Further, he has assisted in the acquisition of The Daley-Hodkin Corporation, a firm with a 30-year legacy of providing reliable valuations and sale results to stakeholders of industrial machinery throughout North America, and has helped develop the Tiger Group's machinery and equipment appraisal division. Jeff is dedicated to the marketing aspect of the auction business, employing innovative promotional strategies and the most appropriate sale systems and technologies to extract the highest and best value for a Seller's assets.

---

Tiger Group provides advisory, valuation, disposition and auction services within a broad range of retail, wholesale, and industrial sectors. With over 40 years of experience and substantial financial backing, Tiger offers a nimble combination of expertise, innovation and financial resources to drive results.  Tiger's seasoned professionals help clients identify the underlying value of assets, monitor asset risk factors and, when needed, convert assets to capital, quickly and decisively. Tiger's collaborative and no-nonsense approach is the foundation for its long-term 'partner' relationships and decades of uninterrupted success. Tiger maintains offices in New York, Boston and Los Angeles.

       



33

## LEADERSHIP

**Michael C. Walters, President**
**Tranzon Asset Strategies**


As President of Tranzon Asset Strategies, Mike Walters possesses a wide scope of reference pertaining to nearly all property types and possesses the ability to successfully market real estate and capital assets. Over the past 35 years, Mr. Walters has provided professional services for the state and federal courts, lending institutions, developers, the private sector, and a number of government agencies, including the Federal Deposit Insurance Corporation (F.D.I.C.), Resolution Trust Corporation (R.T.C), and the U. S. Small Business Administration (U.S.S.B.A.). His experience includes the sale of real property capital assets and financial instruments at auction, as well as appraisals and full brokerage services.

In addition to a Bachelor of Business Administration degree in Finance and Real Estate from the University of North Texas, Mike completed graduate studies in Finance and Real Estate at Southern Methodist University's Cox School of Business as well as graduate courses in Environmental Issues in Real Estate at Texas A & M University.

Tranzon Asset Strategies has been a Tranzon partner company since 2001. Its senior partner, Mike Walters, holds seats on the Management and Executive Committees of Tranzon, LLC. Tranzon is a partnership of 13 independently owned and operated real estate and auction companies located throughout the nation. Tranzon partner companies work in collaboration employing common strategies, systems, tools and a code of ethics to ensure quality service to its clientele.

Mike has the following professional affiliations and designations:

Licensed Real Estate Broker
American Bankruptcy Institute
Mortgage Bankers Association
California Bankruptcy Forum
California Receivers Forum
Turnaround Management Association
CCIM-Candidate
National Association of Realtors
Auction Marketing Institute
National, California and Southern California Auctioneer's Associations



34

Case 2:15-bk-16749-SK    Doc 85    Filed 07/22/15    Entered 07/22/15 15:10:38    Desc
Main Document       Page 37 of 44

# EXHIBIT 3

# Memorandum
**Office of the United States Trustee**
*Region 16*



## REVISED SUPERVISORY INSTRUCTION #10

TO:                All Panel & Non Panel Trustees

SUBJECT:           Employment of Auctioneers

Once a Chapter 7 Trustee or a Chapter 11 Case Trustee (hereinafter "trustee") determines that an auctioneer should be employed by an estate being administered by that trustee, the trustee shall adhere to the following procedural steps:

1.   Prepare and submit to your local Office of the United States Trustee for approval prior to filing with the court an application to employ the auctioneer. Check with your local office for the specific procedures to be used in submitting the application for UST review.

2.   With all applications include the following information:

   (a)   a declaration of disinterestedness;

   (b)   a statement by the auctioneer that he or she has a current blanket bond in favor of the United States of America in the amount of $25,000 (the "Blanket Bond"); and

   (c)   a statement that either (1) the total value of auction assets in all bankruptcy estates in which this auctioneer is involved in this district does not exceed the Blanket Bond, including auctions already conducted in which funds have not yet been disbursed by the auctioneer to a trustee and pre-auction estimated values of estate assets in the custody and control of the auctioneer; or, (2) an individual bond in an amount sufficient to protect the value of the assets to be auctioned (the "Individual Bond") has been obtained to conduct this auction. The Individual Bond is to be issued specifically in the case name and number and in at least the amount of the estimated value of the property to be sold, in favor of the trustee as trustee for the estate involved, with the cost of the Individual Bond being a cost of sale.

3.   As part of the published Notice of Sale and any application seeking Court authorization to conduct the auction, the trustee shall include the terms of the auctioneer's compensation, including without limitation buyer's premiums, commissions, and costs. To the extent that the trustee is seeking authorization as part of the sale motion to compensate the auctioneer,

35

68

the trustee shall ensure that the application is noticed to creditors consistent with Federal Rule of Bankruptcy Procedure 2002(a)(6).

The trustee also shall:

(a)     verify that the auctioneer has filed the Blanket Bond with the Clerk of the Bankruptcy Court (Los Angeles Division);

(b)     verify that a copy of the Blanket Bond has been sent to the United States Trustee;

(c)     establish an appraised value for the items to be sold (the "Appraised Value") by using: the value of the property as scheduled by the debtor, and appraisal of the items by a licensed appraiser, or an alternative method of valuation recommended by the auctioneer and approved by the trustee; and

(d)     determine whether an Individual Bond is required either because the value of all property to be sold in the auction exceeds the minimum amount set forth in Paragraph 4 below or the total value of all property being sold concurrently by auctioneer, including the auction property in the proposed auction, exceeds the Blanket Bond amount;

The trustee should also ascertain that the auctioneer maintains insurance for lost or stolen property.

4.     An Individual Bond must be obtained for auctions with an Appraised Value exceeding $25,000.

5.     No later than 7 days after an auction sale of any estate property, the auctioneer shall turnover any and all proceeds from the auction to the trustee.

6.     No later than 21 days after the auction, auctioneer must submit to the trustee a Report of Auctioneer (the "Auction Report"), which must include at a minimum: the date of the sale, each item sold, the sale price and the name, address, and telephone number of the purchaser - in the case of lots, a brief description of each lot sold as well as the sale price and purchaser thereof - the gross proceeds of sale, a statement that the gross proceeds have been turned over to the trustee, and a descriptive list of the items that were not sold but which were returned to the trustee.

7.     Within 7 days of receipt of the Auction Report, the trustee shall file the Auction Report with the Court together with a brief declaration (the "Trustee's Declaration") stating that: the trustee has compared the Auction Report to the list of items/lots sold, the Auction Report is satisfactory, the gross funds have been turned over to the trustee, and the auctioneer has been

Page 2 of 3

36

compensated pursuant to the terms previously approved by the Court or will be compensated in the future consistent with the terms of a duly noticed application for compensation. In the event that an Individual Bond has been obtained for the auction, the trustee shall also apply to the Court for authorization to exonerate the bond.

8.    Provided that the trustee has obtained Court authorization to pay the auctioneer as part of a duly noticed application, the trustee shall compensate the auctioneer for the Court-approved fees and expenses within 7 calendar days of the filing with the Court of the Auction Report and the Trustee's Declaration.

9.    The trustee must obtain a written waiver from the United States Trustee when proposing any procedure which deviates from steps 1-7 outlined above. Without limiting the circumstances in which a waiver may be sought, the United States Trustee will consider whether compliance with the procedures will impose undue costs and burdens on the estate in situations involving the auction sale of assets in small estates.

10.   Under no circumstances may an auction go forward without a Court order: (1) approving a sale of assets by auction; and (2) the employment of the auctioneer.

*Trustees should refer to the Handbook for Chapter 7 Trustees dated July 1, 2002, Pages 8-26 through 8-28, for further information regarding auctioneers, Bond Monitoring Program Requirements revised December 2011, and shall familiarize themselves and comply with all requirements of Bankruptcy Code Sections 363, 327-328, and 330, FRBP 6004, and Local Bankruptcy Rule 6004-1.*

Page 3 of  3

37

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY TIGER REMARKETING SERVICES AND TRANZON ASSET STRATEGIES AS AUCTIONEERS AND REAL ESTATE BROKER AND TO ASSIST THE TRUSTEE IN THE SALE AND MANAGEMENT OF THE DEBTOR'S REAL & PERSONAL PROPERTY; DECLARATIONS OF EDWARD M. WOLKOWITZ, JEFFREY J. TANENBAUM AND MICHAEL C. WALTERS IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **07/22/2015,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **07/22/2015,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/22/2015 | AMANDA KYERETWIE | /s/ Amanda Kyeretwie |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12304892.1

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Lana Borsook on behalf of Interested Party Courtesy NEF
Lana-Borsook-Law@juno.com

Natalie B. Daghbandan on behalf of Creditor DiaDan Holdings Limited
natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com

Natalie B. Daghbandan on behalf of Plaintiff DiaDan Holdings Limited
natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com

Andre A Khansari on behalf of Debtor Saboa Entertainment, LP
andre@khansarilaw.com

Kerry A. Moynihan on behalf of Creditor DiaDan Holdings Limited
kerry.moynihan@bryancave.com, apameh.vaziri@bryancave.com;raul.morales@bryancave.com

Kerry A. Moynihan on behalf of Plaintiff DiaDan Holdings Limited
kerry.moynihan@bryancave.com, apameh.vaziri@bryancave.com;raul.morales@bryancave.com

Thomas R Mulally on behalf of Creditor Fidelity Mortgage Lenders, Inc.
tom@ssmlaw.com, tom@ssmlaw.com

Aram Ordubegian on behalf of Interested Party Courtesy NEF
ordubegian.aram@arentfox.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Sharon Z. Weiss on behalf of Creditor DiaDan Holdings Limited
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Arbor Television USA, Inc.
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Bear, Inc.
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Blue Cadillac Music, LLC
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Incroud, Inc
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Legends Studio Management, LLC
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Loudbox Entertainment
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Loughan Group, Inc.
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Penwick Media, LLC
sharon.weiss@bryancave.com, raul.morales@bryancave.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

AFDOCS/12304892.1

Sharon Z. Weiss on behalf of Defendant RCA Records, Inc.
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Roccage Entertainment, Inc.
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Sabaoth Entertainment, LLC
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Sabaoth Management, LLC
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Saboa Entertainment, LP
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Sony/ATV Music Publishing Acquisition, Inc.
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant The Royalty Network, Inc.
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant WIAW Productions
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Brandon Friesen
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Dave Pensado
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant James A. Driscoll
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Lennie Nicholson
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Philip A. Driscoll
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Robert M. Loughan
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Robert S. Taylor
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Plaintiff DiaDan Holdings Limited
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Edward M Wolkowitz (TR)
emwtrustee@lnbrb.com, ewolkowitz@ecf.epiqsystems.com;marisol@ecf.inforuptcy.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                     **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12304892.1

**2.  <u>SERVED BY UNITED STATES MAIL</u>**:

**<u>JUDGE</u>**

Honorable Sandra R. Klein
United States Bankruptcy Court
255 E. Temple Street, Suite 1582/Courtroom 1575
Los Angeles, CA 90012

**<u>REQUEST FOR SPECIAL NOTICE</u>**

Grobstein Teeple Financial Advisory Services, LLP
6300 Canoga Ave., Ste. 1500W
Woodland Hills, CA 91367

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**

AFDOCS/12304892.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF EDWARD M. WOLKOWITZ RE AUCTION REPORT IN COMPLIANCE WITH THE OFFICE OF THE UNITED STATES TRUSTEE'S REVISED SUPERVISORY INSTRUCTION #10** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **3/04/2016,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **03/04/2016,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 3/04/2016 | AYLIN SOOKASSIANS | /s/ Aylin Sookassians |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

AFDOCS/13032141.1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Lana Borsook on behalf of Interested Party Courtesy NEF
Lana-Borsook-Law@juno.com

Natalie B. Daghbandan on behalf of Creditor DiaDan Holdings Limited
natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com

Natalie B. Daghbandan on behalf of Plaintiff DiaDan Holdings Limited
natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com

Nina Z Javan on behalf of Interested Party Courtesy NEF
nina@marguliesfaithlaw.com,
Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com

Scott L Keehn on behalf of Other Professional Keehn Law Group, APC
scottk@keehnlaw.com, scottk@keehnlaw.com;joanb@keehnlaw.com;stephanieh@keehnlaw.com

Patric J Kelly on behalf of Interested Party Courtesy NEF
pjkelly@ahk-law.com

Andre A Khansari on behalf of Debtor Saboa Entertainment, LP
andre@khansarilaw.com

Andy Kong on behalf of Trustee Edward M Wolkowitz (TR)
Kong.Andy@ArentFox.com

Craig G Margulies on behalf of Interested Party Courtesy NEF
Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com

Elissa Miller on behalf of Interested Party Courtesy NEF
emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;emillersk@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com

Kerry A. Moynihan on behalf of Creditor DiaDan Holdings Limited
kerry.moynihan@bryancave.com,
apameh.vaziri@bryancave.com;raul.morales@bryancave.com;brittany.reynolds@bryancave.com

Kerry A. Moynihan on behalf of Creditor Eileen Richardson
kerry.moynihan@bryancave.com,
apameh.vaziri@bryancave.com;raul.morales@bryancave.com;brittany.reynolds@bryancave.com

Kerry A. Moynihan on behalf of Plaintiff DiaDan Holdings Limited
kerry.moynihan@bryancave.com,
apameh.vaziri@bryancave.com;raul.morales@bryancave.com;brittany.reynolds@bryancave.com

Thomas R Mulally on behalf of Creditor Fidelity Mortgage Lenders, Inc.
tom@ssmlaw.com, tom@ssmlaw.com

Aram Ordubegian on behalf of Interested Party Courtesy NEF
ordubegian.aram@arentfox.com

Aram Ordubegian on behalf of Trustee Edward M Wolkowitz (TR)
ordubegian.aram@arentfox.com

R Grace Rodriguez on behalf of Other Professional R. Grace Rodriguez
ecf@lorgr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

AFDOCS/13032141.1

Kevin Sinclair on behalf of Interested Party Courtesy NEF
ksinclair@earlysullivan.com, evillareal@earlysullivan.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Gilbert B Weisman, ll on behalf of Creditor American Express Bank FSB
notices@becket-lee.com

Sharon Z. Weiss on behalf of Creditor DiaDan Holdings Limited
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Creditor Eileen Richardson
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Arbor Television USA, Inc.
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Bear, Inc.
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Blue Cadillac Music, LLC
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Incroud, Inc
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Legends Studio Management, LLC
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Loudbox Entertainment
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Loughan Group, Inc.
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Penwick Media, LLC
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant RCA Records, Inc.
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Roccage Entertainment, Inc.
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Sabaoth Entertainment, LLC
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Sabaoth Management, LLC
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Saboa Entertainment, LP
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Sony/ATV Music Publishing Acquisition, Inc.
sharon.weiss@bryancave.com, raul.morales@bryancave.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Sharon Z. Weiss on behalf of Defendant The Royalty Network, Inc.
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant WIAW Productions
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Brandon Friesen
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Dave Pensado
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant James A. Driscoll
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Lennie Nicholson
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Philip A. Driscoll
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Robert M. Loughan
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Defendant Robert S. Taylor
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Sharon Z. Weiss on behalf of Plaintiff DiaDan Holdings Limited
sharon.weiss@bryancave.com, raul.morales@bryancave.com

Edward M Wolkowitz (TR)
emwtrustee@lnbrb.com, ewolkowitz@ecf.epiqsystems.com


2. **SERVED BY UNITED STATES MAIL**:

**JUDGE**

Honorable Sandra R. Klein
United States Bankruptcy Court
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012


**UNITED STATES TRUSTEE**

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                           **F 9013-3.1.PROOF.SERVICE**

AFDOCS/13032141.1